IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BARTHOLOMEW CLARK, # 184417, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACT. NO. 2:17-cv-429-ECM ) (WO) |
| PATRICIA HOOD, *et al.*, | ) ) |
| Defendants. | ) |

## **OPINION and ORDER**

On July 24, 2020, the Magistrate Judge entered a Recommendation (doc. 35) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows that:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the Defendants' motion for summary judgment is GRANTED;

3. this case is DISMISSED with prejudice; and

4. costs are taxed against the Plaintiff.

A separate Final Judgment will be entered.

Done this 24th day of August, 2020.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE